UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT LEE DAHLEM,

    Plaintiff,

v.                                          Case No. 8:23-cv-0326-KKM-MRM

KAREN YARBROUGH,

    Defendant.
_____

## ORDER

Robert Lee Dahlem failed to file an amended complaint, despite the Court directing him to do so. After dismissing Dahlem's complaint without prejudice as an impermissible shotgun pleading, the Court gave Dahlem until February 24, 2023, to file an amended complaint. Dahlem has failed to file an amended complaint or move for an extension of time to file.

When a court dismisses a complaint with leave to amend within a specified time, that order "becomes a final judgment if the deadline to amend expires without plaintiff amending its complaint or seeking an extension of time." *Auto Alignment & Body Serv., Inc. v. State Farm Mut. Ins. Co.*, 953 F.3d 707, 719 (11th Cir. 2020). Upon expiration of the deadline, "'the district court loses all its prejudgment powers to grant any more extensions' of time to amend the complaint." *Id.* at 720. Thus, "the only recourse for a

plaintiff" is "to appeal," to "move to alter or amend the judgment," or to "move for relief from the final judgment." *Id.* Of course, a plaintiff may also refile the action if the dismissal was without prejudice and is not otherwise barred by the statute of limitations.

Thus, because the Court lost jurisdiction over this action when Dahlem failed to file an amended complaint by February 24, 2023, this action is dismissed without prejudice.

Accordingly, the following is **ORDERED:**

1. This action is **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk is directed to terminate any pending motions or deadlines, enter judgment in favor of Yarbrough, and close this case.

**ORDERED** in Tampa, Florida, on February 28, 2023.

Kathryn Kimball Mizelle
United States District Judge